SHANNON L. GUSTAFSON (SBN 228856)
sgustafson@lynberg.com
AMY R. MARGOLIES (SBN283471)
amargolies@lynberg.com
ANITA K. CLARKE (SBN 321015)
aclarke@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendant, County of San Bernardino, Alejandra Gonzalez, Mallory Flores, Kristina Dodele and Megan Fonseca

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIMIE MANNS an Individual; N.M., a minor, by and through his guardian ad litem, Jamie Manns,<br><br>Plaintiff,<br><br>vs<br><br>COUNTY OF SAN BERNARDINO; ALEJANDRA GONZALEZ, an Individual; MALLORY FLORES, an Individual; KRISTINA DODELE, an Individual; and MEGAN FONSECA, an Individual; DOES 1 through 10, inclusive;<br><br>Defendant. | CASE NO. 5:21-cv-02065-JWH-SHK<br><br>*Assigned for All Purposes to:*<br><br>*Honorable John W. Holcomb Courtroom 9D*<br><br>**NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATION AND REQUEST TO VACATE ALL DATES PENDING APPROVAL OF CONDITIONAL SETTLEMENT**<br><br>*[Proposed Order Filed Concurrently]*<br><br>*Motion in Limine Hearing: May 10, 2024*<br>*Pretrial Conference: June 21, 2024*<br>*Trial Date:    July 8, 2024, 2024*<br><br>*Complaint filed: December 9, 2021*<br>*FAC filed: February 7, 2022*<br>*SAC filed: August 26, 2022*<br>*TAC filed: October 14, 2022* |

1
**NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATION AND REQUEST TO VACATE ALL DATES PENDING APPROVAL OF CONDITIONAL SETTLEMENT**

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Plaintiffs JAMIE MANNS and N.M. ("Plaintiffs"), by and through their attorneys of record; and Defendants COUNTY OF SAN BERNARDINO, ALEJANDRA GONZALEZ, MALLORY FLORES, KRISTINA DODELE and MEGAN FONSECA ("Defendants"), by and through their attorneys of record, have reached a conditional settlement agreement of all claims as set forth herein and therefore, hereby stipulate to the following:

## RECITALS

WHEREAS, on April 15, 2024, the parties attended the court ordered Mandatory Settlement Conference in person before Magistrate Judge Pym.

WHEREAS, during the Mandatory Settlement Conference, the parties reached a conditional settlement of all claims upon mutually agreed terms subject to approval by the San Bernardino County Board of Supervisors and approval by this Court of the settlement terms as to the minor Plaintiff N.M.

WHEREAS, this matter is set to be considered by the Board of Supervisors on June 11, 2024 during closed session.

WHEREAS, should the Board of Supervisors approve the settlement terms, Defendants will immediately notify Plaintiff's counsel on June 11, 2024.

WHEREAS, Plaintiffs' counsel will file with the Court a Petition for Minor's compromise with regard to N.M. to be considered on or about June 18, 2024 or a date convenient to the court.

2
NOTICE OF CONDITIONAL SETTLEMENT AND STIPULATION AND REQUEST TO VACATE ALL DATES PENDING APPROVAL OF CONDITIONAL SETTLEMENT

WHEREAS upon approval by the Board of Supervisors and approval by this Court of the Petition for Minor's Compromise, the County of San Bernardino will transmit the settlement funds as set forth in the Petition.

WHEREAS, this Court has set a Motion in Limine hearing for May 10, 2024, a Pretrial Conference for June 21, 2024 and trial for July 8, 2024. Based on these dates, there are significant pretrial filings that need to be prepared and filed over the next few weeks.

WHEREAS, the parties entered into this conditional settlement in part to avoid incurring significant additional expenses in this matter for both sides. The parties agree and respectfully request that this Court vacate all dates set forth in the current Scheduling Order, including the July 8, 2024 trial date and all dates and deadlines attendant thereto.

WHEREAS, based on the above, good cause exists to vacate all dates set forth in the current Scheduling Order pursuant to Fed. R. Civ. Proc. 16.

WHEREAS, the parties also request that this Court not issue a ruling on Defendants' Motion for Summary Judgment which is currently under submission with the Court as the conditional settlement was also entered into based on the fact that an order on this Motion had not yet been issued.

**IT IS HEREBY STIPULATED** among the parties who respectfully request that:

1. All dates set forth in the current Scheduling Order including the July 8, 2024, trial date, be vacated and all related trial dates be taken off calendar;
2. The Court schedule a Status Conference regarding the settlement to be set for ninety (90) days from the date of this Notice, or at a later time convenient for the Court, unless Request for Dismissal of all Defendants has been filed prior to the Status Conference.

**IT IS SO STIPULATED**.

DATED: April 16, 2024               **LYNBERG & WATKINS**
                                    A Professional Corporation

                                    By: /s/ *Shannon L. Gustafson*
                                    **SHANNON L. GUSTAFSON**
                                    **AMY R. MARGOLIES**
                                    **ANITA K. CLARKE**
                                    Attorneys for Defendant,
                                    COUNTY OF SAN BERNARDINO, ALEJANDRA GONZALEZ, MALLORY FLORES, KRISTINA DODELE and MEGAN FONSECA

DATED: April 16, 2024					SKAPIK LAW GROUP

By: */s/ Geralyn L. Skapik*
**MARK J. SKAPIK**
**GERALYN L. SKAPIK**
**ERIC MORRIS**
**MATTHEW T. FALKENSTEIN**
Attorneys for Plaintiffs JAIMIE MANNS and N.M., a minor

I certify that all parties to this document have consented to its filing and to the language contained herein and have authorized the undersigned to affix their electronic signatures.

DATED: April 16, 2024

By: */s/ Shannon L. Gustafson*