UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIMIE MANNS, an individual; N. M., a minor, by and through his guardian ad litem, Jaimie Manns;<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF SAN BERNARDINO; SAN BERNARDINO COUNTY CHILD AND FAMILY SERVICES; ALEJANDRA GONZALEZ, an individual; KRISTINA DODELE, an individual; MEGAN FONSECA, an individual; DOES 1 through 20, inclusive<br><br>　　　　　Defendants. | Case No.: 5:21-cv-02065-JWH-SHK<br><br>*Assigned for All Purposes to:*<br><br>*Honorable John W. Holcomb*<br>*Courtroom 9D*<br><br>**ORDER** |

The Court, having considered the pleadings in this matter, and all papers and authority submitted in relation to the Unopposed Petition for Approval of Minor's Compromise (the "Petition") filed by Plaintiff N.M., a minor, by and through his guardian *ad litem*, Jaimie Manns, and good cause appearing, the Court **FINDS** that the settlement agreement is in the best interest of N.M. and **ORDERS** as follows:

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Petition is **GRANTED**, and the minor's compromise is **APPROVED**.
2. Plaintiff N.M., a minor, shall receive $150,000.00 in settlement funds, to be transferred directly from Skapik Law Group's client trust account to a California Uniform Transfers to Minors Account (CUTMA), with N.M.'s mother and guardian *ad litem*, Jaimie Manns, serving as custodian, without bond or creation of trust, to be used for N.M.'s care, education, and benefit only, as Ms. Manns sees fit.

**IT IS SO ORDERED.**

DATED: June 12, 2024

_____
HON. JOHN W. HOLCOMB
United States District Judge